IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JOHN P. HEHMAN
CLERK

13 JUL -3 AM 10: 33

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:13CR080 |
| v. | : | |
| JAVOUGHN RUTLEDGE | : | |

## ORDER TO UNSEAL CASE

Upon motion of the United States, the above captioned case is hereby ordered unsealed.

DATE: 7-2-13

JUDGE WALTER HERBERT RICE
UNITED STATES DISTRICT COURT